1 | **PINNOCK & WAKEFIELD, A.P.C.**
David C. Wakefield, Esq.    Bar #: 185736
2 | Theodore A. Pinnock, Esq.    Bar #: 153434
3033 Fifth Avenue, Suite 410
3 | San Diego, CA 92103
Telephone: (619) 858-3671
4 | Facsimile: (619) 858-3646

5 | Attorneys for Plaintiff

6 | Gaylynn K. Conant, Esq.
7 | R. James Eliason, Esq.
LOMBARDI, LOPER & CONANT, LLP
8 | Lake Merritt Plaza
1999 Harrison Street, Suite 2600
9 | Oakland, CA 94612-3541
10 | Telephone: 510.433.2600
Facsimile: 510.433.2699
11 | Attorneys for Defendants

12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCCARTHY | Case No.: C 06-1266 MHP |
| Plaintiff, | STIPULATED DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS FROM PLAINTIFF'S COMPLAINT AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY AND ORDER THEREON. |
| v. | |
| SOUTHWICK, INC., d.b.a. TOYOTA OF BERKELEY a.k.a. TOYOTA/SCION OF BERKELEY; SOUTHWICK, INC.; TIMOTHY K. SOUTHWICK AND SUSAN E. SOUTHWICK TRUST; TIMOTHY K. SOUTHWICK, TRUSTEE; SUSAN E. SOUTHWICK, TRUSTEE; And DOES 1 THROUGH 10, Inclusive, | [Fed.R.Civ.P. Rule 41(a)(2)] |
| Defendants. | |

1    Case Number: C06-1266 MHP

Document Date: July 5, 2006

| | |
|---|---|
| 1 | **IT IS HEREBY STIPULATED** by and between **ROBERT MCCARTHY,** Plaintiff, on |
| 2 | the one hand, and Defendants **SOUTHWICK, INC.** and **TIMOTHY K. SOUTHWICK AND** |
| 3 | **SUSAN E. SOUTHWICK TRUST,** on the other hand, through their respective attorneys of |
| 4 | record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter |
| 5 | a dismissal with prejudice of Defendants **SOUTHWICK, INC., d.b.a. TOYOTA OF** |
| 6 | **BERKELEY a.k.a. TOYOTA/SCION OF BERKELEY; SOUTHWICK, INC.; TIMOTHY** |
| 7 | **K. SOUTHWICK AND SUSAN E. SOUTHWICK TRUST; TIMOTHY K. SOUTHWICK,** |
| 8 | **TRUSTEE;** and **SUSAN E. SOUTHWICK, TRUSTEE,** from Plaintiff's Complaint, Case |
| 9 | Number C06-1266 MHP.   Additionally, Plaintiffs request that the Complaint be dismissed with |
| 10 | prejudice in its entirety. |

**IT IS SO STIPULATED.**

Dated: _____, 2006         **PINNOCK & WAKEFIELD, A.P.C.**

                          By: _____
                              David C. Wakefield, Esq.
                              Attorneys for Plaintiff

Dated: _____, 2006         **LOMBARDI, LOPER & CONANT, LLP**

                          By: _____
                              Gaylynn K. Conant, Esq.
                              R. James Eliason, Esq.
                              Attorneys for Defendants SOUTHWICK, INC. and
                              TIMOTHY K. SOUTHWICK AND SUSAN E.
                              SOUTHWICK TRUST

///
///
///
///
///

2         Case Number: C06-1266 MHP

Document Date: July 5, 2006

**ORDER ON NOTICE OF DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY**

     IT IS HEREBY ORDERED that Defendants **SOUTHWICK, INC., d.b.a. TOYOTA OF BERKELEY a.k.a. TOYOTA/SCION OF BERKELEY; SOUTHWICK, INC.; TIMOTHY K. SOUTHWICK AND SUSAN E. SOUTHWICK TRUST; TIMOTHY K. SOUTHWICK, TRUSTEE; and SUSAN E. SOUTHWICK, TRUSTEE,** are dismissed with prejudice from Plaintiff's Complaint, Case Number C06-1266 MHP. Additionally, Plaintiff's Complaint be dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

Dated: August 30, 2006



_____
HONORABLE
UNITED STATES DISTRICT JUDGE

3        Case Number: C06-1266 MHP

Document Date: July 5, 2006